## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| KIARA HOLMES | CIVIL ACTION NO. 23-1647-P |
| VERSUS | JUDGE DONALD E. WALTER |
| POLICE DEPT CITY OF BREAUX BRIDGE ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a *sua sponte* Report and Recommendation issued by Magistrate Judge David J. Ayo. (Rec. Doc. 10). After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Plaintiff's claims against all defendants in this suit are **DENIED** and **DISMISSED WITH PREJUDICE** as **FRIVOLOUS**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of December, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE